UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS Holistic, LLC, | No. 2:22-cv-02088-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Plaza Linda d/b/a Sticky Smoke Shop and Vape and Jose A Sepulveda, | |
| Defendants. | |

The court has reviewed the pending motion for a 60-day extension of time to complete service (ECF No. 7) and construes that motion as an ex parte application for an extension of time under Federal Rule of Civil Procedure 4(m). The court **grants** the application, so construed, for good cause shown. Plaintiff has 60 days from the date of this order to perfect service on defendants. No further extensions will be granted absent a detailed showing of good cause. The hearing previously set for June 9, 2023 is vacated.

IT IS SO ORDERED.

DATED: May 8, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1