UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:22-cv-02088-KJM-KJN |
| Plaintiff, | <u>ORDER VACATING HEARING AND ORDER TO RESPOND</u> |
| v. | |
| PLAZA LINDA, D/B/A STICKY SMOKE SHOP AND VAPE, ET AL., | |
| Defendants. | |

    Plaintiff, GS Holistic, LLC, filed a motion for default judgment against Plaza Linda, d/b/a Sticky Smoke Shop and Vape and Jose A. Sepulveda on July 7, 2023. (ECF No. 22.) The matter is set for hearing on August 15, 2023. Pursuant to Local Rule 230(c), defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e., July 21, 2023. Although that deadline has passed, no opposition or statement of non-opposition has been filed.

    Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendants one additional, final opportunity to oppose the motion.

////

////

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The August 15, 2023 hearing on plaintiff's motion for default judgment is VACATED.  The court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g).  The court will reschedule a hearing at a future date, if necessary;

2. Any opposition by defendants shall be filed no later than August 23, 2023, and the reply brief(s) from plaintiff, if any, are due August 30, 2023;

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against them; and

4. Plaintiff shall promptly serve a copy of this order on defendants at their last-known addresses, and file proofs of service.

Dated:  August 10, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rs,gsho.2088