UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>PLAZA LINDA d/b/a STICKY SMOKE SHOP AND VAPE, and JOSE A SEPULVEDA,<br><br>   Defendants. | No. 2:22-cv-02088-KJM-KJN<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE UPON DEFENDANTS** |

Upon consideration of the Plaintiff's Motion, and being otherwise fully advised on the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Motion for Extension of 45 days to Perfect Service Upon Defendants is **GRANTED**.

IT IS SO ORDERED.

DATED: February 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1