UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS Holistic, LLC,<br><br>                   Plaintiff,<br><br>     v.<br><br>Plaza Linda, d/b/a Sticky Smoke Shop and Vape, and Jose A. Sepulveda,<br><br>                   Defendants. | No. 2:22-cv-02088-KJM-CSK<br><br>ORDER |

The court has reviewed the pending motion for a 45-day extension of time to perfect service upon defendant Jose A. Sepulveda (ECF No. 42) and construes that motion as an ex parte application for an extension of time under Federal Rule of Civil Procedure 4(m). *See* Local Rule 233. Good cause appearing, the court **grants** the application, so construed, for good cause shown. Plaintiff has 45 days from the date of this order to perfect service on defendant Sepulveda. The court has previously granted two motions for an extension of time to perfect service of the first amended complaint upon defendant Sepulveda. *See* Prior Order (Jan. 30, 2024), ECF No. 34 (granting 21-day extension); Prior Order (Feb. 28, 2024), ECF No. 39 (granting 45-day extension). No further extensions will be granted absent a detailed showing of good cause. The hearing previously set for May 17, 2024, is hereby **vacated.**

/////

1

1        This order resolves ECF No. 42.

2        IT IS SO ORDERED.

3   DATED: April 23, 2024.

CHIEF UNITED STATES DISTRICT JUDGE