UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS Holistic, LLC, | No. 2:22-cv-02088-KJM-CSK |
| Plaintiff, | ORDER |
| v. | |
| Plaza Linda d/b/a Sticky Smoke Shop and Vape, and Jose A Sepulveda, | |
| Defendants. | |

Plaintiff originally filed this trademark action against Plaza Linda d/b/a Sticky Smoke Shop and Vape and Jose A Sepulveda. *See generally* Compl., ECF No. 1.  When defendants did not appear, plaintiff requested entries of default, *see* First Default Req., ECF No. 13, Second Default Req., ECF No. 15, and the clerk entered defaults, *see* First Default, ECF No. 14; Second Default, ECF No. 16.  In denying plaintiff's motion for default judgment, the magistrate judge vacated the entries of default and ordered plaintiff to file an amended complaint.  *See* Prior Order (Dec. 22, 2023), ECF No. 26; First Am. Compl., ECF No. 28.  Plaintiff subsequently "performed further investigation" and determined that the "correct" defendants are Samir Mohammed Ali Shareef, individually and d/b/a Sticky Smoke Shop and Vape. *See* Mot. at 2,[1] ECF No. 44.

---

[1] When citing page numbers on filings, the court uses the pagination automatically generated by the CM/ECF system.

1

1   Plaintiff now moves to amend the complaint by substituting defendants.  *See generally id.*  The
2   motion is unopposed.  The court submitted the motion without oral argument as provided under
3   Local Rule 230(g).  Min. Order (July 29, 2024), ECF No. 46.

4       Rule 15 permits a party to amend its complaint with the court's permission.  *See* Fed. R.
5   Civ. P. 15(a)(2).  "The court should freely give leave when justice so requires."  *Id.*  The Ninth
6   Circuit has long "stressed Rule 15's policy of favoring amendments" and has "applied this policy
7   with liberality."  *Ascon Props., Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989).
8   Requests to amend are ordinarily denied only when they will result in undue delay or prejudice,
9   when they are sought in bad faith, when a plaintiff has repeatedly failed to cure deficiencies or
10  when amendment would be futile.  *See Foman v. Davis*, 371 U.S. 178, 182 (1962).  Here, while
11  the original complaint was filed over a year and a half ago, no facts indicate plaintiff seeks this
12  amendment in bad faith, this motion seeks to amend the complaint for only the second time, and
13  there is no indication an amendment would be futile.  Accordingly, given Rule 15's liberal policy,
14  the court **grants** the motion to amend.  An amended complaint shall be filed within **seven (7)**
15  **days of the filed date of this order**.

16      This order resolves ECF No. 44.

17      IT IS SO ORDERED.

18  DATED: August 22, 2024.

                                      CHIEF UNITED STATES DISTRICT JUDGE