UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:22-cv-02088-DC-CSK |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| SAMIR MOHAMMED ALI SHAREEF, individually and d/b/a STICKY SMOKE SHOP AND VAPE, | (ECF Nos. 56, 59.) |
| Defendant. | |

On July 22, 2025, the magistrate judge filed findings and recommendations (ECF No. 59), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 5, 2025, Plaintiff GS Holistic, LLC filed objections to the findings and recommendations (ECF No. 60), including objecting that the Second Amended Complaint sufficiently states a claim for trademark counterfeiting and infringement under 15 U.S.C. § 1114 and false designation of origin and unfair competition under 15 U.S.C. § 1125(a). (ECF No. 60 at 1-4.) Plaintiff further objects that dismissal of this action without further leave to amend is inappropriate. (*Id.* at 4.) The court has considered Plaintiff's objections and finds they do not provide a basis upon which to reject the findings and recommendations that Plaintiff's motion for default judgment be denied. Moreover, Plaintiff has already twice amended its complaint, including after Plaintiff's pleading deficiencies

1

1  were identified by the court in its order denying Plaintiff's first motion for default judgment
2  identified. (Doc. No. 26.) Thus, Plaintiff's objections likewise do not provide a basis to reject the
3  findings and recommendations that Plaintiff's second amended complaint be dismissed without
4  further leave to amend.
5      In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.
6  The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings
7  and recommendations are supported by the record and by proper analysis. The Court therefore
8  concludes that it is appropriate to adopt the findings and recommendations in full.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.   The findings and recommendations (ECF No. 59) are ADOPTED IN FULL;
11     2.   Plaintiff's motion for default judgment (ECF No. 56) is DENIED;
12     3.   The Second Amended Complaint (ECF No. 48) is DISMISSED without leave to
13          amend; and
14     4.   The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 17, 2025**

Dena Coggins
United States District Judge

2